LAWRENCE BREWSTER
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
LAURA C. BREMER
Trial Attorney
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone:  (415) 625-7757
Facsimile:   (415) 625-7772

Attorneys for Plaintiff
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L, SOLIS, Secretary of Labor, United States Department of Labor, ) ) ) | Case Number 10-CV-01157-AWI-SKO |
| Plaintiff, ) ) | |
| v. ) | |
| EXPLORE GENERAL, INC, a California corporation, JAIME GONZALEZ, an individual, PAUL K GONG, an individual, EXPLORE GENERAL, INC 401(K) PROFIT SHARING PLAN, an employee benefit plan, ) ) ) ) ) ) ) ) | ORDER GRANTING REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| Defendants. ) ) | Scheduling Conference: **11/10/2010** at 9:45 before Judge Oberto |

Having reviewed the parties' Stipulation to Continue Mandatory Scheduling Conference,   IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in the above- captioned case be continued to **November 10, 2010 at 9:45 a.m.**

IT IS SO ORDERED.

**Dated:   September 14, 2010**           /s/ Sheila K. Oberto
                               UNITED STATES MAGISTRATE JUDGE