# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, )<br><br>Plaintiff, )<br><br>v. )<br><br>EXPLORE GENERAL, INC., a California corporation; JAIME M. GONZALEZ, an individual; PAUL K. GONG, an individual; and EXPLORE GENERAL, INC. 401(K) PROFIT SHARING PLAN, an employee benefit plan, )<br><br>Defendants. ) | 1:10-cv-01157-AWI-JLT<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2011 AND TAKING MATTER UNDER SUBMISSION |

The motion of plaintiff United States Department of Labor for summary judgment or partial summary judgment in the alternative pursuant to Federal Rule of Civil Procedure 56 has been set for hearing on December 5, 2011.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  See Local Rule 230(g).  Accordingly, the previously scheduled hearing date of December 5, 2011 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    November 30, 2011

CHIEF UNITED STATES DISTRICT JUDGE